**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com

**Counsel for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>        Plaintiffs,<br><br>vs.<br><br>AAA STONE LTD., a limited liability company; DROR MIDANY, individually; EFRAT MAIDANY, individually; SHOSHANA SHAFSHAK, individually; and ORLI ELI, individually,<br><br>        Defendants. | CASE NO: 2:10-cv-01862-ECR-RJJ<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON**<br><br>ORDER GRANTING |

…

…

3014

1

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al., and Defendants, AAA STONE LTD., a limited liability company; DROR MIDANY, individually; EFRAT MAIDANY, individually; SHOSHANA SHAFSHAK, individually; and ORLI ELI, individually (hereinafter collectively referred to as the "Parties"), and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by the Parties.

2. The Parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3. The Parties have agreed that this Court shall reserve and retain jurisdiction of this action and the Parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the Parties herein.

Dated: December 27, 2010    **THE URBAN LAW FIRM**

/s/ Michael A. Urban
MICHAEL A. URBAN, Nevada State Bar No. 3875
Counsel for Plaintiffs

Dated: December 23, 2010    AAA STONE, LTD.

ORLI ELI for AAA Stone, Ltd., Defendant

...
...
...
...
...

3014

2

Dated: December _____, 2010

**ORLI ELI**

_____
ORLI ELI, Defendant

**ORDER**

**IT IS HEREBY ORDERED** that the above-entitled case be dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement of the Parties.

DATED: January 10, 2011

_____
UNITED STATES DISTRICT JUDGE